IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 20 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00268-BNB

SHANE BURDEN,

    Plaintiff,

v.

ATTORNEY GENRAL [sic], Under State Law Official Capacity, and
DOC DIRECTOR, Under State Law Official Capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On March 15, 2006, Plaintiff submitted to the Court the same request that he filed with the Court on March 1, 2006, a "Motion to Direct Account my Inmate Funds." He again is asking the Court to "direct account [his] DOC monies." Although it is not clear what Plaintiff means by direct account, it appears he does not want to submit a certified account statement each month.

As Mr. Burden was told in the Court's March 3, 2006, Minute Order, he is responsible, in keeping with 28 U.S.C. § 1915, for submitting to the Court in each of his cases, whether the case is pending or dismissed, either a monthly payment or a current certified copy of his trust fund account statement that shows cause why he is not able to submit the monthly payment. Plaintiff's March 15, 2006, Motion is DENIED. Plaintiff is directed to refrain from submitting repetitive requests to the Court.

Dated: March 20, 2006

Copies of this Minute Order mailed on March 20, 2006, to the following:

Shane Burden
Prisoner No. 62763
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

                                      Secretary/Deputy Clerk