IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 30 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00268-BNB

SHANE BURDEN,

    Plaintiff,

v.

ATTORNE [sic] GENRAL [sic], Under State Law Official Capacity, and
DOC DIRECTOR, Under State Law Official Capacity,

    Defendants.

## ORDER TO FILE AMENDED COMPLAINT

Plaintiff Shane Burden is a prisoner in the custody of the Colorado Department of Corrections and currently is housed at the Huerfano County Correctional Facility in Walsenburg, Colorado. Plaintiff has filed a Prisoner Complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1243.

The Court must construe the Complaint liberally, because Mr. Burden is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Burden will be ordered to file an Amended Complaint and to show cause why the action should not be dismissed for failure to assert personal participation.

In the Complaint, Mr. Burden asserts three claims. In Claim One, he alleges that because of his S4 sex offender classification he is not able to obtain a job outside of the prison or receive good-time credits. In Claim Two, Plaintiff asserts that in violation of

his First Amendment rights pornographic magazines have been taken from him and he has been denied visits with his daughter because of his classification. In Claim Three, Mr. Burden contends his Eighth Amendment rights are being violated due to the stress of hiding any paper work that has his S4 rating noted on the papers. He further contends that requiring him to attend child molester classes and to admit that he committed a crime that he did not do is a violation of his Eighth Amendment rights. Plaintiff seeks money damages.

Each of the claims Plaintiff raises are a result of his S4 classification. Plaintiff, however, does not assert who is responsible for his classification. Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Burden must show that each named Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and a defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993).

Furthermore, a defendant, such as named Defendants Attorney General and DOC Director, may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Mr. Burden will be ordered to file an Amended Complaint in which he alleges specific facts to demonstrate how named Defendants personally participated in the

constitutional violations that he raises.  Specifically, Plaintiff is instructed to assert who is responsible for his current classification.  Accordingly, it is

ORDERED that Mr. Burden file **within thirty (30) days from the date of this Order** an original copy of an Amended Complaint that complies with the directives in this Order.  It is

FURTHER ORDERED that the Amended Complaint shall be titled "Amended Prisoner Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294.  It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Burden, together with a copy of this Order, two copies of the Prisoner Complaint form for use in submitting the Amended Complaint.  It is

FURTHER ORDERED that Mr. Burden submit sufficient copies of the Amended Complaint to serve each named Defendant.  It is

FURTHER ORDERED that if Mr. Burden fails to comply with this Order to the Court's satisfaction, within the time allowed, the Complaint and the action will be dismissed without further notice.

DATED March 30, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00268-BNB

Shane Burden
Prisoner No. 62763
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on ___3-30-06___

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk