IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00268-ZLW-MEH

SHANE BURDEN,

      Plaintiff,

v.

C. OLEN, Mental Health, Under color of State Law Official
Capacity,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 16, 2006.**

Plaintiff's Motion to Ensure Stable Placement [Filed August 11, 2006; Docket #32] is **denied.** Plaintiff has no constitutional right to placement in a particular penal institution. *See Rael v. Williams*, 223 F.3d 1153, 1154 (10th Cir. 2000).