IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00268-ZLW-MEH

SHANE BURDEN,

    Plaintiff,

v.

C. OLEN, Mental Health, Under Color of State Law Official Capacity,

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: December __27__, 2006

    It is ORDERED that Plaintiff's Objection To Dissmiss [sic] In Part filed May 24, 2006 (Doc. No. 21), which will be treated as a motion to reconsider the Court's order entered May 16, 2006 (Doc. No. 19), is denied. It is

    FURTHER ORDERED that Plaintiff's letter filed May 30, 2006 (Doc. No. 22) is hereby moot as the requested relief was granted in the Court's Order Granting Service By United States Marshal entered June 6, 2006 (Doc. No. 24).