IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00268-ZLW-MEH

SHANE BURDEN,

     Plaintiff,

v.

C. OLEN, Mental Health, Under color of State Law Official Capacity,

     Defendant.

_____

## ORDER DISMISSING CLAIMS FOR DAMAGES
_____

The matter before the Court is Defendant's Motion To Dismiss (Doc. No. 42). This motion was referred to Magistrate Judge Michael E. Hegarty pursuant to D.C.COLO.LCivR 72.1C.  On December 19, 2006, the Magistrate Judge issued his Recommendation that Plaintiff's claims for damages be dismissed.  Neither party filed objections to the Recommendation.

As required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the Court has reviewed de novo the Recommendation and accepts and adopts the Recommendation in its entirety.  Accordingly, it is

ORDERED that Defendant's Motion To Dismiss (Doc. No. 42) is granted in part and denied in part.  It is

FURTHER ORDERED that the Motion To Dismiss is granted as to Plaintiff's damages claims.  It is

FURTHER ORDERED that Plaintiff's claims for damages are dismissed.  It is

FURTHER ORDERED that the Motion To Dismiss is denied as to Plaintiff's

claims for injunctive relief.

DATED at Denver, Colorado, this  31  day of January, 2007.


BY THE COURT:



_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court