IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00268-ZLW

SHANE BURDEN,

    Plaintiff,

v.

CHARLES OLIN,

    Defendant.

ORDER

    This matter is before the Court on the ***pro se*** document titled, "Joke of Summary Judgement [sic]" that Plaintiff Shane Burden submitted to the Court on March 15, 2007. The document appears to be filed in response to Magistrate Judge Michael E. Hegarty's March 2, 2007, Minute Order that instructs Plaintiff to respond to the Motion for Summary Judgment filed on February 28, 2007, by Defendant Charles Olin.

    Even though Plaintiff contends in the March 15 document that the instant action was dismissed on January 31, 2007, he is incorrect. The January 31, 2007, Order denied Defendant Olin's Motion to Dismiss in part. The action remains pending before this Court. The Court, therefore, maintains jurisdiction to consider the March 15, 2007, document and to order the document stricken pursuant to Fed. R. Civ. P. 12(f) as impertinent and scandalous and nonresponsive to the Motion for Summary Judgment. Plaintiff is warned that any future documents submitted to the Court which contain the

use of vulgar and obscene language will be stricken by the Court.

To the extent in the document Plaintiff states that he has not received a copy of Defendant Olin's Motion for Summary Judgment, even though Defendant Olin included a Certificate of Service with the Motion dated February 28, 2007, the Court will order Defendant to re-serve, by Tuesday, March 20, 2007, a copy of the Motion for Summary Judgment and the Memorandum Brief in Support of Motion for Summary Judgment. Plaintiff then will be allowed until April 3, 2007, to properly respond to the Motion for Summary Judgment. Accordingly, it is

ORDERED that Plaintiff's "Joke of Summary Judgment," Doc. No. 76, filed March 15, 2007, is ordered stricken from the Docket. It is

FURTHER ORDERED that any future filings that are found to be impertinent, scandalous, or nonresponsive will be ordered stricken. It is

FURTHER ORDERED that Defendant shall re-serve a copy of the Motion for Summary Judgment and the Memorandum Brief in Support of Motion for Summary Judgment on Plaintiff by March 20, 2007. It is

FURTHER ORDERED that Plaintiff shall answer the Motion for Summary Judgment in an appropriate responsive manner by April, 3, 2007.

DATED at Denver, Colorado, this   16   day of         March        , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court