IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00268-ZLW-MEH

SHANE BURDEN,

    Plaintiff,

v.

C. OLEN, Mental Health, Under color of State Law Official Capacity,

    Defendant.

## MINUTE ORDER VACATING CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2007.**

For good cause shown, the Defendant's Motion to Vacate Final Pretrial Conference [Filed April 13, 2007; Docket #81] is **granted**. The Final Pretrial Conference scheduled in this matter for April 23, 2007, at 9:30 a.m., is hereby **vacated**. The conference will be rescheduled, if needed, following resolution of the Recommendation for Dismissal which is currently pending.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

Case Manager for Shane Burden #62763
Arkansas Valley Correctional Facility
P.O. Box 1000
Crowley, CO 81034