IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00268-ZLW-MEH

SHANE BURDEN,

    Plaintiff,

v.

C. OLEN, Mental Health, Under Color of State Law Official Capacity,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

    The matter before the Court is Defendant's Motion For Summary Judgment (Doc. No. 69).  This motion was referred to Magistrate Judge Michael E. Hegarty pursuant to D.C.COLO.LCivR 72.1C.  On March 7, 2007, the Magistrate Judge issued his Recommendation that Defendant's Motion For Summary Judgment be granted and the action be dismissed in its entirety.  Neither party filed objections to the Recommendation.

    As required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the Court has reviewed de novo the Recommendation and accepts and adopts the Recommendation in its entirety.  Accordingly, it is

    ORDERED that  Defendant's Motion For Summary Judgment (Doc. No. 69) is granted.  It is

FURTHER ORDERED that the Complaint, Amended Complaint, and cause of action are dismissed with prejudice.

DATED at Denver, Colorado, this  2  day of August, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court